IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMILCAR COTO, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CLYDE GAINEY, Warden, et al. | : | NO. 08-1283 |
| | : | |

## **ORDER**

      And now, this _20_ day of June, 2008, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of the United States Magistrate Judge Elizabeth T. Hey, and no objections having been filed, IT IS ORDERED that:

    1.    The Report and Recommendation is APPROVED and ADOPTED;

    2.    The petition for a writ of habeas corpus is DISMISSED;

    3.    There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

s/ Michael Baylson
Michael M. Baylson, U.S.D.J

A:\08-1283 Coto v. Gainey Order Adopting R & R.wpd